# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| Jane RGC Doe 1; Jane MLG Doe 2; Jane LVB Doe 3; Jane GK Doe 4; Jane BC Doe 5; Jane AC Doe 6, a minor, by Next Friend John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a minor, by Next Friend Jane Doe PJ; Jane SM Doe 9; Jane ME Doe 10; Jane KJ Doe 11; Jane RK Doe 12; Jane MPW Doe 13; Jane KN Doe 14; Jane KM Doe 15; Jane AC Doe 16, a minor, by her next friend L.C.; Jane M.N. Doe 17; Jane B.D. Doe 18; Jane L.D. Doe 19; Jane K.K. Doe 20; Jane C.T. Doe 21; Jane JJF Doe 22; Jane RAC Doe 23; Jane RAD Doe 24; Jane RAE Doe 25; Jane RAF Doe 26; Jane RAG Doe 27; Jane RAH Doe 28, a minor by her next friend C.S; Jane ALC Doe 29; Jane BH Doe 30; Jane DC Doe 31; Jane KRA Doe 32; Jane A.W. Doe 33; Jane A.G.Doe 34; Jane CP Doe 35; Jane TB Doe 36; Jane KB Doe 37; Jane MH Doe 38; Jane RS Doe 39; Jane NLF-2 Doe 40; Jane NLF-4 Doe 41; Jane SAF Doe 42; Jane BRS Doe 43, a minor by her next friend Jane BR Doe; Jane ANT Doe 44, a minor by her next friend Jane NT Doe; Jane ILH Doe 45, a minor by her next friend Jane LH Doe; Jane R.G. Doe 46; Jane TMB Doe 47; Jane MLM Doe 48; Jane MML Doe 49; and Jane MLJ Doe 50, <br><br> Plaintiffs, <br><br>     v. <br><br> United States Olympic Committee, a federally chartered non-profit corporation; Lawrence F. Probst; Robert J. Bach; James M. Benson; Robert Bowlsby; Ursula M. Burns; Anita L. DeFrantz; Daniel L. Doctoroff; James L. Easton; John S. Hendricks; Nina M. Kemppel; Susanne D. Lyons; William C. Marlot; Mary R. McCagg; Steven M. Mesler; Dave W. Ogrean; Pisei Whitney Ping; Angela M. Ruggiero; Kevin M. White; Robert L. Wood; Scott Blackmun; Alan Ashley; and Larry Buendorf, <br><br> Defendants. | Case No. |

## PLAINTIFFS' MOTION TO RESTRICT AND PROCEED ANONYMOUSLY

In this suit stemming from sexual assault, sexual abuse, sexual conduct, molestation, nonconsensual touching and harassment by Defendants' agents, representatives, employees, Plaintiffs move for this Court to proceed with the matter using the pseudonym "Jane Doe." Additionally, certain Jane Doe plaintiffs are minors at this time and are represented by certain designated adults so Plaintiffs also move for this Court to permit their representative to proceed with this matter using the initial pseudonyms.  As such, Plaintiffs, by and through their undersigned counsel, request that pursuant to D.C. COLO. L.Civ.R. 7.2, this Court permit them to file hereafter the Complaint, which contains the legal names of Plaintiffs, as a restricted document with Level 2 Restriction and to proceed in the case pseudonymously, and Plaintiffs further state as follows:

1. Pursuant to D.C. COLO. L.Civ.R 7.1, Plaintiffs have conferred with Defendant USOC's counsel of record in other jurisdictions regarding moving forward under a pseudonym.  At the time of this filing, Defendant USOC's counsel of record in other jurisdictions has not provided a response to the request to proceed in pseudonym or regarding Plaintiffs' request to proceed under Level 2 protection. D.C. COLO. L.Civ.R. 7.2 (b).

2. The unsealed Complaint using pseudonyms [Docket No. 1] ("Complaint") has been filed simultaneously on March 26, 2019.[1]

3. Plaintiffs also request that the designated adults representing minors referred to hereinabove, be subject to the restriction of pseudonymous filing, for the reason that the minors would be immediately identifiable if their representative's name was made public.

---

[1] Plaintiffs will provide the Court with a copy of the Complaint without pseudonym that contains the legal names for each Doe plaintiff ("Restricted Complaint") should the Court require it.

4. D.C. COLO. LCivR 7.2 permits the Court to enter an order restricting document and proceeding access where there is a specific interest to be protected and where such interest outweighs the presumption of public access.

5. There are several factors that militate in favor of allowing Plaintiffs to proceed pseudonymously and entering an order that the Restricted Complaint, which contains the legal names of Plaintiffs, be filed under restriction:

   a. The first is the potential for humiliation and stigmatization following the public disclosure of instances of sexual assault, sexual abuse, criminal sexual conduct, molestation, nonconsensual touching and harassment of Plaintiffs while the majority were minors and the others were very young.  Plaintiffs subjected to such horrendous acts risk facing public shame, judgment and guilt.

   b. The facts and circumstances at issue in this litigation will require Plaintiffs to disclose information of the utmost intimacy. To this day some Plaintiffs have not even told close, immediate family members that they were a victim of Lawrence Nassar or other coaches. As such, Plaintiffs' identity should be protected from public disclosure in court records and proceedings.

   c. Additionally, there is a lack of any actual prejudice to Defendants. Courts routinely enter stipulated orders protecting the personal medical information of parties that include "forbidding the disclosure" of identifiable personal information.

6. Plaintiffs neither seek to seal the case, nor desire the facts to be shielded from the public eye —Plaintiffs merely seek to prevent the disclosure of their identity as part of the public record. There is no public interest in the disclosure of the legal names of the

Plaintiffs. The masking of Plaintiffs' legal names will in no way affect the public's ability to monitor this matter and scrutinize the legal issues involved.

7. Plaintiffs' counsel will work with Defendants' Counsel to craft an appropriate protective order allowing the disclosure of Plaintiffs' identity to Defendants and appropriate party representatives for purposes of defense of this case.

8. For the reasons stated above, Plaintiffs seek an order allowing them to proceed under pseudonym and to file the Restricted Complaint, which contains the legal names of the Plaintiffs, under Level 2 restriction hereafter. The proposed order is attached as Exhibit A.

Dated: March 26, 2019

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS,
By Their Attorneys,

/s/ Vance R. Andrus
Vance R. Andrus (CO Bar No. 30764)
Aimee H. Wagstaff (CO Bar No. 36819)
ANDRUS WAGSTAFF, P.C
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
vance.andrus@andruswagstaff.com
aimee.wagstaff@andruswagstaff.com

Kimberly A. Dougherty (MA Bar No. 658014)
Lisa Lee (MA Bar No. 684631)
ANDRUS WAGSTAFF, P.C.
19 Belmont Street
South Easton, MA 02375
Telephone: (508) 230-2700
Facsimile: (303) 376-6361
kim.dougherty@andruswagstaff.com
lisa.lee@andruswagstaff.com

ROBERT J LANTZY, ESQ.
BUCKFIRE & BUCKFIRE, PC
29000 Inkster Road, Ste. 150
Southfield, MI 48034
Telephone: (248) 569-4646
Facsimile: (248) 415-1528
robert@buckfirelaw.com
*Attorneys for Plaintiffs JANE RGC DOE 1,*
*JANE MLG DOE 2, and JANE LVB DOE 3.*

DONNA M. MACKENZIE, ESQ.
OLSMAN MACKENZIE PEACOCK &
WALLACE, PC
2684 W. Eleven Mile Rd.
Berkley, MI 48072
Telephone: (248) 591-2300
Facsimile: (248) 591-20304
dmackenzie@olsmanlaw.com
*Attorneys for Plaintiffs Jane GK Doe 4; Jane BC*
*Doe 5; Jane AC Doe 6, a minor, by Next Friend*
*John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a*
*minor, by Next Friend Jane Doe PJ; Jane SM Doe*
*9; Jane ME Doe 10; Jane KJ Doe 11; and Jane RK*
*Doe 12*

ROBERT H. DARLING (P25523)
Robert H. Darling, PLLC
217 Ann Arbor Road, Suite 302
Plymouth, MI  48170
(734) 738-6597
 rdarling@robertdarlinglaw.com
*Attorneys for Plaintiffs Jane MPW Doe 13*
*and Jane KN Doe 14*

Joseph N. Fraser (P74419)
Law Offices of Johnston, Sztykiel & Hunt, P.C.
3250 W. Big Beaver Rd, Ste. 500
Troy MI, 48084
P: 248-641-1800/F:248-641-3845
jfraser@jshlawmi.com
*Counsel for Jane MPW Doe 13, Jane KN Doe 14,*
*and Jane KM Doe 15*

Jennifer B. Salvatore (P66640)
SALVATORE PRESCOTT & PORTER, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711
Salvatore@spplawyers.com
*ATTORNEY FOR PLAINTIFF: JANE AC DOE 16,*
*a minor, by her next friend L.C*

Michael A. Cox (P43039)
Jackie J. Cook (P68781)
The Mike Cox Law Firm, PLLC
17430 Laurel Park Drive North, Suite 120E
Livonia, MI 48152
Telephone: (734) 591-4002
jcook@mikecoxlaw.com
*Attorneys for Plaintiff Jane K.K. Doe 20*

GREGORY M. BEREZNOFF (P29104)
LAW OFFICES OF BEREZNOFF & LITTLE
2684 W. Eleven Mile Rd.
Berkley, MI 48072
Telephone: (248) 543-1920
Facsimile: (248) 543-2533
gblaw1@aol.com
*Attorney for Plaintiffs Jane CP Doe 35 and Jane TB*
*Doe 36*

DAVID L. ZOGLIO (P56600)
LAW OFFICES OF DAVID L. ZOGLIO
209 South Bridge Street
Grand Ledge, MI 48837
psblegal@yahoo.com
(517) 925-1378/Fax (517) 925-1380
*Attorney for Plaintiff Jane TB Doe 36*

Mary Pat Rosen (MI Bar P34992)
David W. Christensen (MI Bar P11863)
CHARFOOS & CHRISTENSEN, P.C.
26622 Woodward Avenue, Suite 100
Royal Oak, MI 48067
Telephone: (313) 875-8080 Fax: (248) 399-0351
dwchristensen@c2law.com
mprosen@c2law.com
*ATTORNEYS FOR PLAINTIFFS Jane KB Doe 37,*
*Jane MH Doe 38 and Jane RS Doe 39*

DRIGGERS, SCHULTZ & HERBST
Mark K. Schwartz
2600 W. Big Beaver Road, Ste. 550
Troy, MI 48084
Tel:  (248)649-6442
Fax:  (248)649-6442
MSchwartz@DriggersSchultz.com
*Attorneys for Plaintiff Jane C.T. Doe 21*

Michael S. Krzak
Matthew M. Rundio
KRZAK RUNDIO LAW GROUP, LLC
30 N. LaSalle, Suite 1402
Chicago, IL 60602
Tel:  (312)736-1111
Fax: (312)736-1112
Mike@krlawgroup.com
Matt@krlawgroup.com
*Attorneys for Plaintiff Jane C.T. Doe 21*

GARY L. BENDER (P31557)
MURPHY & SPAGNUOLO, P.C.
2123 University Park Dr., Ste. 130
Okemos, MI 48864
Tel: (517) 351-2020
Fax: (517) 351-4420
gbender@mbspclaw.com
*Attorneys for Plaintiffs JANE RAC DOE 23; JANE
RAD DOE 24; JANE RAE DOE 25; JANE RAF
DOE 26; JANE RAG DOE 27; JANE RAH DOE 28,
a minor by her next friend C.S.*

RICHARD A. CASCARILLA (P32364)
MURPHY & SPAGNUOLO, P.C.
2123 University Park Dr., Ste. 130
Okemos, MI 48864
Tel: (517) 351-2020
Fax: (517) 351-4420
gbender@mbspclaw.com
*Attorneys for Plaintiffs JANE RAC DOE 23; JANE
RAD DOE 24; JANE RAE DOE 25; JANE RAF
DOE 26; JANE RAG DOE 27; JANE RAH DOE 28,
a minor by her next friend C.S.*

Jordan K. Merson
Jaclyn M. Ponish
MERSON LAW, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155
Tel: (212) 603-9100
Fax: (347) 441-4171
jmerson@mersonlaw.com
*Attorneys for Plaintiffs JANE M.N. DOE 17;*
*JANE B.D. DOE 18; JANE L.D. DOE 19*

PAUL H. GRANT (P72906)
PLANNING WITH PURPOSE, INC
2031 – 196th St SW, Suite B-201
Lynnwood, WA 98036
T (425) 939-9948 / F (800) 569-4004
paul@planningwithpurposeinc.com
*Attorney for Jane R.G. Doe 46*

MATTHEW A. FERRI (P71439)
LAW OFFICE OF MATTHEW A. FERRI, PLLC
6001 N. Adams Road, Suite 135
Bloomfield Hills, Michigan 48304
T (248) 409-0256 / F: (248) 409-0266
matt@ferrilawpllc.com
*Attorney for Jane R.G. Doe 46*

STEVEN A. LEE (P77013)
NEUMANN LAW GROUP
300 East Front Street, Suite 445
Traverse City, Michigan 49684
Tel: (231) 221-0050
Fax: (231) 221-0051
steve@neumannlawgroup.com
*Attorneys for Plaintiffs Jane TMB Doe 47 and*
*Jane MLM Doe 48*

Jessica Rose Ross (P82397)
Gower Law PLC
514 E. Midland St.
Tel: (989) 450-3286
Fax: (989)894-0100
jessica@gowerlaw.com
*Attorneys for Plaintiff Jane MML Doe 49*

Debra A. Freid (P33078)
Freid, Gallagher, Taylor & Assoc., P.C.
604 S. Jefferson Ave.
Saginaw, MI 48607
Tel: (989) 754-0411
Fax: (989) 754-3584
fgt@fgt-law.com
*Attorney for Jane KRA Doe 32*

Nicholas Roumel (P37056)
Nacht & Roumel, P.C.
101 N. Main St., Ste. 555
Ann Arbor, MI 48014
nroumel@nachtlaw.com
(734) 663-7550
*Attorney for Plaintiff Jane JJF Doe 23*

Efstathios T. Kiousis P-46573
Kiousis Law, P.C.
1985 W Big Beaver #300
Troy, MI 48084
248-550-0023
email: stk@kiousislaw.com
*Attorney for Plaintiff MLJ Doe 50*

Jami Jones (P64720)
JAMI JONES PLLC
43494 Woodward Ave. Suite 200
Bloomfield Hills, MI 48302
Telephone: (248) 745-1000
Facsimile: (248)  221-5599
jjones@idealjustice.com
*Attorneys for Plaintiffs Jane SAF Doe 42,*
*Jane BRS Doe 43, by Next Friend Jane BR*
*Doe, Jane ANT Doe 44, by Next Friend Jane*
*NT Doe, Jane ILH Doe 45 by Next Friend Jane*
*LH Doe*

Tiffany R. Ellis (P81456)
Jeffrey T. Stewart (P24138)
SEIKALY, STEWART, & BENNETT, P.C.
30445 Northwestern Hwy, Suite 250
Farmington Hills, MI 48334
248-785-0102
tre@sslawpc.com
jts@sslawpc.com

9

*Attorneys for Plaintiffs Jane A.W. Doe 33 and Jane A.G. Doe 34*

Wendy M. Schiller-Nichols (P61673)
Matthew J. Heos (P73786)
THE NICHOLS LAW FIRM, PLLC
3452 East Lake Lansing Road
East Lansing, Michigan 48823
(517) 432-9000
wsnichols@nicholslaw.net
mheos@nicholslaw.net
*Attorneys for Jane NLF-2 Doe 40 and Jane NLF-4 Doe 41*

Mark Bernstein (56528)
Rebecca Sposita (P69424)
Michael Battersby (29012)
31731 Northwestern Hwy, Ste. 333
Farmington Hills, MI 48334
(248) 538-5922
rsposita@sambernsein.com
*Attorneys for Plaintiffs Jane ALC Doe 29, Jane BH Doe 30 and Jane DC Doe 31*