# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| Jane RGC Doe 1; Jane MLG Doe 2; Jane LVB Doe 3; Jane GK Doe 4; Jane BC Doe 5; Jane AC Doe 6, a minor, by Next Friend John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a minor, by Next Friend Jane Doe PJ; Jane SM Doe 9; Jane ME Doe 10; Jane KJ Doe 11; Jane RK Doe 12; Jane MPW Doe 13; Jane KN Doe 14; Jane KM Doe 15; Jane AC Doe 16, a minor, by her next friend L.C.; Jane M.N. Doe 17; Jane B.D. Doe 18; Jane L.D. Doe 19; Jane K.K. Doe 20; Jane C.T. Doe 21; Jane JJF Doe 22; Jane RAC Doe 23; Jane RAD Doe 24; Jane RAE Doe 25; Jane RAF Doe 26; Jane RAG Doe 27; Jane RAH Doe 28, a minor by her next friend C.S; Jane ALC Doe 29; Jane BH Doe 30; Jane DC Doe 31; Jane KRA Doe 32; Jane A.W. Doe 33; Jane A.G.Doe 34; Jane CP Doe 35; Jane TB Doe 36; Jane KB Doe 37; Jane MH Doe 38; Jane RS Doe 39; Jane NLF-2 Doe 40; Jane NLF-4 Doe 41; Jane SAF Doe 42; Jane BRS Doe 43, a minor by her next friend Jane BR Doe; Jane ANT Doe 44, a minor by her next friend Jane NT Doe; Jane ILH Doe 45, a minor by her next friend Jane LH Doe; Jane R.G. Doe 46; Jane TMB Doe 47; Jane MLM Doe 48; Jane MML Doe 49; and Jane MLJ Doe 50,<br><br>Plaintiffs,<br><br>v.<br><br>United States Olympic Committee, a federally chartered non-profit corporation; Lawrence F. Probst; Robert J. Bach; James M. Benson; Robert Bowlsby; Ursula M. Burns; Anita L. DeFrantz; Daniel L. Doctoroff; James L. Easton; John S. Hendricks; Nina M. Kemppel; Susanne D. Lyons; William C. Marlot; Mary R. McCagg; Steven M. Mesler; Dave W. Ogrean; Pisei Whitney Ping; Angela M. Ruggiero; Kevin M. White; Robert L. Wood; Scott Blackmun; Alan Ashley; and Larry Buendorf,<br><br>Defendants. | Case No. |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RESTRICT AND PROCEED ANONYMOUSLY

This matter having come before the Court on Plaintiffs' Motion to Restrict and Proceed Anonymously ("Motion"), and the Court being fully advised on the premises;

IT IS ORDERED that:

The Motion is granted;

The Court finds good cause for Plaintiffs to proceed under pseudonym and file the complaint, which contains the legal names of the Plaintiffs, under restriction.  Such good cause includes Plaintiffs' privacy interests in the disclosure of sensitive information of the utmost intimacy and the potential for humiliation and stigmatization following the instances of sexual assault, sexual abuse, sexual conduct, molestation, nonconsensual touching and harassment alleged by Plaintiffs;

Plaintiffs are permitted to maintain this action under pseudonym;

The Complaint, which contains the legal names of the Plaintiffs, shall be filed under Level 2 restriction on or before April 9, 2019, by providing it to the Court's chamber clerk;

Plaintiffs' counsel will work with Defendants' Counsel to craft an appropriate protective order allowing the disclosure of Plaintiffs' identity to Defendants and appropriate party representatives for purposes of defense of this case;

Defendants and their counsel, agents and employees shall not disclose the identities of Plaintiffs in any public court filing;

In place of Plaintiffs' legal name, Defendants and their counsel, agents or employees shall utilize the pseudonyms, Jane RGC Doe 1; Jane MLG Doe 2; Jane LVB Doe 3; Jane GK Doe 4; Jane BC Doe 5; Jane AC Doe 6, a minor, by Next Friend John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a minor, by Next Friend Jane Doe PJ; Jane SM Doe 9; Jane ME Doe 10; Jane KJ

Doe 11; Jane RK Doe 12; Jane MPW Doe 13; Jane KN Doe 14; Jane KM Doe 15; Jane AC Doe 16, a minor, by her next friend L.C.; Jane M.N. Doe 17; Jane B.D. Doe 18; Jane L.D. Doe 19; Jane K.K. Doe 20; Jane C.T. Doe 21; Jane JJF Doe 22; Jane RAC Doe 23; Jane RAD Doe 24; Jane RAE Doe 25; Jane RAF Doe 26; Jane RAG Doe 27; Jane RAH Doe 28, a minor by her next friend C.S; Jane ALC Doe 29; Jane BH Doe 30; Jane DC Doe 31; Jane KRA Doe 32; Jane A.W. Doe 33; Jane A.G.Doe 34; Jane CP Doe 35; Jane TB Doe 36; Jane KB Doe 37; Jane MH Doe 38; Jane RS Doe 39; Jane NLF-2 Doe 40; Jane NLF-4 Doe 41; Jane SAF Doe 42; Jane BRS Doe 43, a minor by her next friend Jane BR Doe; Jane ANT Doe 44, a minor by her next friend Jane NT Doe; Jane ILH Doe 45, a minor by her next friend Jane LH Doe; Jane R.G. Doe 46; Jane TMB Doe 47; Jane MLM Doe 48; Jane MML Doe 49; and Jane MLJ Doe 50.

Plaintiffs' legal name shall be redacted in any document filed with the Court and all Court proceedings;

This Order does not apply to exhibits filed restricted and under seal, documents, or requests for production of records exchanged between the parties in this litigation as such exchanges will be subject to the aforementioned protective order; and

Nothing in this Order shall prevent any party from seeking modifications to this Order if circumstances and justice shall so permit.

Dated this ____ day of _____, 2019.

_____
J.