# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Jane RGC Doe 1; Jane MLG Doe 2; Jane LVB Doe 3; Jane GK Doe 4; Jane BC Doe 5; Jane AC Doe 6, a minor, by Next Friend John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a minor, by Next Friend Jane Doe PJ; Jane SM Doe 9; Jane ME Doe 10; Jane KJ Doe 11; Jane RK Doe 12; Jane MPW Doe 13; Jane KN Doe 14; Jane KM Doe 15; Jane AC Doe 16, a minor, by her next friend L.C.; Jane M.N. Doe 17; Jane B.D. Doe 18; Jane L.D. Doe 19; Jane K.K. Doe 20; Jane C.T. Doe 21; Jane JJF Doe 22; Jane RAC Doe 23; Jane RAD Doe 24; Jane RAE Doe 25; Jane RAF Doe 26; Jane RAG Doe 27; Jane RAH Doe 28, a minor by her next friend C.S; Jane ALC Doe 29; Jane BH Doe 30; Jane DC Doe 31; Jane KRA Doe 32; Jane A.W. Doe 33; Jane A.G.Doe 34; Jane CP Doe 35; Jane TB Doe 36; Jane KB Doe 37; Jane MH Doe 38; Jane RS Doe 39; Jane NLF-2 Doe 40; Jane NLF-4 Doe 41; Jane SAF Doe 42; Jane BRS Doe 43, a minor by her next friend Jane BR Doe; Jane ANT Doe 44, a minor by her next friend Jane NT Doe; Jane ILH Doe 45, a minor by her next friend Jane LH Doe; Jane R.G. Doe 46; Jane TMB Doe 47; Jane MLM Doe 48; Jane MML Doe 49; and Jane MLJ Doe 50,<br><br>Plaintiffs,<br><br>     v.<br><br>United States Olympic Committee, a federally chartered non-profit corporation; Lawrence F. Probst; Robert J. Bach; James M. Benson; Robert Bowlsby; Ursula M. Burns; Anita L. DeFrantz; Daniel L. Doctoroff; James L. Easton; John S. Hendricks; Nina M. Kemppel; Susanne D. Lyons; William C. Marlot; Mary R. McCagg; Steven M. Mesler; Dave W. Ogrean; Pisei Whitney Ping; Angela M. Ruggiero; Kevin M. White; Robert L. Wood; Scott Blackmun; Alan Ashley; and Larry Buendorf,<br><br>Defendants. | Case No. |

# BRIEF IN SUPPORT OF MOTION TO RESTRICT AND PROCEED ANONYMOUSLY

Plaintiffs rely on the facts and law stated in the related Motion as their Brief in Support of Plaintiffs' Motion to Restrict and Proceed Anonymously.

In further support, Plaintiffs state:

Federal Rule of Civil Procedure 10(a) requires plaintiffs to disclose their names in the complaint. Fed. R. Civ. P. 10(a) and the Tenth Circuit has noted, "there is a substantial benefit to maintaining open court proceedings, and thus the public has an interest in knowing the identity of the litigants." *Femedeer v. Haun,* 227 F.3d 1244, 1246 (10th Cir. 2000). However, "there is precedent for departing from a procedural custom…to accommodate a plaintiff's asserted need to proceed anonymously through the use of a fictitious name." *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981). In considering whether to allow a plaintiff to proceed anonymously, the Tenth Circuit has "recognized that there is also a public benefit in allowing some litigants to proceed anonymously" and that in certain "exceptional circumstances" the need for anonymity outweighs the presumption in favor of open court proceedings. *Femedeer*, 227 F.3d at 1246. The Tenth Circuit has recognized that exceptional circumstances exist in "cases involving matters of a highly sensitive and personal nature, real danger of physical harm, or where the injury litigated against would be incurred as a result of the disclosure of the plaintiff's identity." *Id.* at 1246.

Pseudonymous status and an Order that this matter proceed under restriction is warranted in this case because this litigation will involve the disclosure of sensitive sexual information, including assault and abuse. Courts often permit sexual assault survivors to proceed with pseudonymous status, recognizing that such events frequently involve the disclosure of highly personal information and "the public generally has a strong interest in protecting the identity of sexual assault victims so that other victims will not be deterred from reporting such crimes." *Doe No. 2 v. Kolko*, 242 F.R.D. 193, 195 (E.D.N.Y. 2006). *See also, Doe v. Dabbagh*, No. 15-cv-10724,

slip op. at 2 (E.D. Mich., May 28, 2015) ("[M]any courts allow rape victims to proceed under pseudonyms, at least until trial. The allegations often involve compelled sex acts that degrade and stigmatize the victim."); *Doe v. Penzato*, No. CV10-5154, WL 910738 (N.D. Cal. May 13, 2011) (granting motion to proceed anonymously to plaintiff making allegations of human trafficking and sexual assault); *Roe v. St. Louis Univ.*, No. 4:08CV 1474, 2009 U.S. Dist. 2009 WL 910738 at *13-14 (E.D. Mo. Apr. 2, 2009) (granting anonymous status to rape victim). Further, with regard to most of the Plaintiffs in the instant action, in recognizing a strong privacy interest in child sexual abuse cases filed by adult plaintiffs, this Court has permitted plaintiffs to file under a pseudonym to protect them from public humiliation. *See Doe v. Archdiocese of Denver*, 413 F. Supp. 2d 1187 (D. Colo. 2006) (allegations of child sexual abuse by adult plaintiffs).

Plaintiffs qualify to proceed pseudonymously under the above standards, as prosecution of this litigation will compel them to disclose information of the utmost intimacy, namely the personal nature of the allegations. Disclosure of this information is substantially detrimental to Plaintiffs' privacy interests. Here, Plaintiffs suffered sexual abuse and assault. Moreover, those abuses and assaults occurred while most were minors, which is a factor that should be weighed in Plaintiffs' favor of protecting their identity. The details of the sexual abuses and assaults are likely to be disclosed directly through information presented in prosecution or defense of the claims presented.

Additionally, there is no prejudice to Defendants if Plaintiffs file this action under a fictitious name and proceed pseudonymously. Defendants will be made aware of Plaintiffs' identities in a confidential manner. By doing this Defendants are in no manner prejudiced if Plaintiffs proceed pseudonymously. Defendants will be promptly informed of Plaintiffs true identifies allowing them to prepare any defenses they may have for trial without delay. All Plaintiffs

seek is to remain pseudonymous to members of the public having no direct interest in this proceeding.

For these reasons, Plaintiffs ask the Court to proceed anonymously and under restriction. Upon entry of an Order allowing Plaintiffs to proceed anonymously and under restriction, Plaintiffs' counsel will work with Defendants' Counsel to craft an appropriate protective order allowing the disclosure of Plaintiffs' identity to Defendants and appropriate party representatives for purposes of defense of this case.

Dated:  March 26, 2019

RESPECTFULLY SUBMITTED,

**THE PLAINTIFFS,**
**By Their Attorneys,**

/s/ Vance R. Andrus_____
Vance R. Andrus (CO Bar No. 30764)
Aimee H. Wagstaff (CO Bar No. 36819)
ANDRUS WAGSTAFF, P.C
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
vance.andrus@andruswagstaff.com
aimee.wagstaff@andruswagstaff.com

Kimberly A. Dougherty (MA Bar No. 658014)
Lisa Lee (MA Bar No. 684631)
ANDRUS WAGSTAFF, P.C.
19 Belmont Street
South Easton, MA 02375
Telephone: (508) 230-2700
Facsimile: (303) 376-6361
kim.dougherty@andruswagstaff.com
lisa.lee@andruswagstaff.com

ROBERT J LANTZY, ESQ.
BUCKFIRE & BUCKFIRE, PC
29000 Inkster Road, Ste. 150
Southfield, MI 48034
Telephone: (248) 569-4646
Facsimile: (248) 415-1528
robert@buckfirelaw.com
*Attorneys for Plaintiffs JANE RGC DOE 1,
JANE MLG DOE 2, and JANE LVB DOE 3.*

DONNA M. MACKENZIE, ESQ.
OLSMAN MACKENZIE PEACOCK &
WALLACE, PC
2684 W. Eleven Mile Rd.
Berkley, MI 48072
Telephone: (248) 591-2300
Facsimile: (248) 591-20304
dmackenzie@olsmanlaw.com
*Attorneys for Plaintiffs Jane GK Doe 4; Jane BC
Doe 5; Jane AC Doe 6, a minor, by Next Friend
John Doe AA; Jane JA Doe 7; Jane PH Doe 8, a
minor, by Next Friend Jane Doe PJ; Jane SM Doe
9; Jane ME Doe 10; Jane KJ Doe 11; and Jane RK
Doe 12*

ROBERT H. DARLING (P25523)
Robert H. Darling, PLLC
217 Ann Arbor Road, Suite 302
Plymouth, MI  48170
(734) 738-6597
rdarling@robertdarlinglaw.com
*Attorneys for Plaintiffs Jane MPW Doe 13
and Jane KN Doe 14*

Joseph N. Fraser (P74419)
Law Offices of Johnston, Sztykiel & Hunt, P.C.
3250 W. Big Beaver Rd, Ste. 500
Troy MI, 48084
P: 248-641-1800/F:248-641-3845
jfraser@jshlawmi.com
*Counsel for Jane MPW Doe 13, Jane KN Doe 14,
and Jane KM Doe 15*

Jennifer B. Salvatore (P66640)
SALVATORE PRESCOTT & PORTER, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711
Salvatore@spplawyers.com
*ATTORNEY FOR PLAINTIFF: JANE AC DOE 16,*
*a minor, by her next friend L.C*


Michael A. Cox (P43039)
Jackie J. Cook (P68781)
The Mike Cox Law Firm, PLLC
17430 Laurel Park Drive North, Suite 120E
Livonia, MI 48152
Telephone: (734) 591-4002
jcook@mikecoxlaw.com
*Attorneys for Plaintiff Jane K.K. Doe 20*


GREGORY M. BEREZNOFF (P29104)
LAW OFFICES OF BEREZNOFF & LITTLE
2684 W. Eleven Mile Rd.
Berkley, MI 48072
Telephone: (248) 543-1920
Facsimile: (248) 543-2533
gblaw1@aol.com
*Attorney for Plaintiffs Jane CP Doe 35 and Jane TB*
*Doe 36*


DAVID L. ZOGLIO (P56600)
LAW OFFICES OF DAVID L. ZOGLIO
209 South Bridge Street
Grand Ledge, MI 48837
psblegal@yahoo.com
(517) 925-1378/Fax (517) 925-1380
*Attorney for Plaintiff Jane TB Doe 36*


Mary Pat Rosen (MI Bar P34992)
David W. Christensen (MI Bar P11863)
CHARFOOS & CHRISTENSEN, P.C.
26622 Woodward Avenue, Suite 100
Royal Oak, MI 48067
Telephone: (313) 875-8080 / Fax: (248) 399-0351
dwchristensen@c2law.com
mprosen@c2law.com
*ATTORNEYS FOR PLAINTIFFS Jane KB Doe 37,*
*Jane MH Doe 38 and Jane RS Doe 39*

6

DRIGGERS, SCHULTZ & HERBST
Mark K. Schwartz
2600 W. Big Beaver Road, Ste. 550
Troy, MI 48084
Tel:  (248)649-6442 / Fax:  (248)649-6442
MSchwartz@DriggersSchultz.com
*Attorneys for Plaintiff Jane C.T. Doe 21*


Michael S. Krzak
Matthew M. Rundio
KRZAK RUNDIO LAW GROUP, LLC
30 N. LaSalle, Suite 1402
Chicago, IL 60602
Tel:  (312)736-1111
Fax: (312)736-1112
Mike@krlawgroup.com
Matt@krlawgroup.com
*Attorneys for Plaintiff Jane C.T. Doe 21*


GARY L. BENDER (P31557)
MURPHY & SPAGNUOLO, P.C.
2123 University Park Dr., Ste. 130
Okemos, MI 48864
Tel: (517) 351-2020
Fax: (517) 351-4420
gbender@mbspclaw.com
*Attorneys for Plaintiffs JANE RAC DOE 23; JANE*
*RAD DOE 24; JANE RAE DOE 25; JANE RAF*
*DOE 26; JANE RAG DOE 27; JANE RAH DOE 28,*
*a minor by her next friend C.S.*


RICHARD A. CASCARILLA (P32364)
MURPHY & SPAGNUOLO, P.C.
2123 University Park Dr., Ste. 130
Okemos, MI 48864
Tel: (517) 351-2020
Fax: (517) 351-4420
gbender@mbspclaw.com
*Attorneys for Plaintiffs JANE RAC DOE 23; JANE*
*RAD DOE 24; JANE RAE DOE 25; JANE RAF*
*DOE 26; JANE RAG DOE 27; JANE RAH DOE 28,*
*a minor by her next friend C.S.*

7

Jordan K. Merson
Jaclyn M. Ponish
MERSON LAW, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155
Tel: (212) 603-9100
Fax: (347) 441-4171
jmerson@mersonlaw.com
*Attorneys for Plaintiffs JANE M.N. DOE 17;*
*JANE B.D. DOE 18; JANE L.D. DOE 19*

PAUL H. GRANT (P72906)
PLANNING WITH PURPOSE, INC
2031 – 196th St SW, Suite B-201
Lynnwood, WA 98036
T (425) 939-9948 / F (800) 569-4004
paul@planningwithpurposeinc.com
*Attorney for Jane R.G. Doe 46*

MATTHEW A. FERRI (P71439)
LAW OFFICE OF MATTHEW A. FERRI, PLLC
6001 N. Adams Road, Suite 135
Bloomfield Hills, Michigan 48304
T (248) 409-0256 / F: (248) 409-0266
matt@ferrilawpllc.com
*Attorney for Jane R.G. Doe 46*

STEVEN A. LEE (P77013)
NEUMANN LAW GROUP
300 East Front Street, Suite 445
Traverse City, Michigan 49684
Tel: (231) 221-0050
Fax: (231) 221-0051
steve@neumannlawgroup.com
*Attorneys for Plaintiffs Jane TMB Doe 47 and*
*Jane MLM Doe 48*

Jessica Rose Ross (P82397)
Gower Law PLC
514 E. Midland St.
Tel: (989) 450-3286
Fax: (989)894-0100
jessica@gowerlaw.com
*Attorneys for Plaintiff Jane MML Doe 49*

Debra A. Freid (P33078)
Freid, Gallagher, Taylor & Assoc., P.C.
604 S. Jefferson Ave.
Saginaw, MI 48607
Tel: (989) 754-0411
Fax: (989) 754-3584
fgt@fgt-law.com
*Attorney for Jane KRA Doe 32*


Nicholas Roumel (P37056)
Nacht & Roumel, P.C.
101 N. Main St., Ste. 555
Ann Arbor, MI 48014
nroumel@nachtlaw.com
(734) 663-7550
*Attorney for Plaintiff Jane JJF Doe 23*

Efstathios T. Kiousis P-46573
Kiousis Law, P.C.
1985 W Big Beaver #300
Troy, MI 48084
248-550-0023
email: stk@kiousislaw.com
*Attorney for Plaintiff MLJ Doe 50*

Jami Jones (P64720)
JAMI JONES PLLC
43494 Woodward Ave. Suite 200
Bloomfield Hills, MI 48302
Telephone: (248) 745-1000
Facsimile: (248) 221-5599
jjones@idealjustice.com
*Attorneys for Plaintiffs Jane SAF Doe 42,*
*Jane BRS Doe 43, by Next Friend Jane BR*
*Doe, Jane ANT Doe 44, by Next Friend Jane*
*NT Doe, Jane ILH Doe 45 by Next Friend Jane*
*LH Doe*

9

Tiffany R. Ellis (P81456)
Jeffrey T. Stewart (P24138)
SEIKALY, STEWART, & BENNETT, P.C.
30445 Northwestern Hwy, Suite 250
Farmington Hills, MI 48334
248-785-0102
tre@sslawpc.com
jts@sslawpc.com
*Attorneys for Plaintiffs Jane A.W. Doe 33 and Jane A.G. Doe 34*

Wendy M. Schiller-Nichols (P61673)
Matthew J. Heos (P73786)
THE NICHOLS LAW FIRM, PLLC
3452 East Lake Lansing Road
East Lansing, Michigan 48823
(517) 432-9000
wsnichols@nicholslaw.net
mheos@nicholslaw.net
*Attorneys for Jane NLF-2 Doe 40 and Jane NLF-4 Doe 41*

Mark Bernstein (56528)
Rebecca Sposita (P69424)
Michael Battersby (29012)
31731 Northwestern Hwy, Ste. 333
Farmington Hills, MI 48334
(248)  538-5922
rsposita@sambernsein.com
*Attorneys for Plaintiffs Jane ALC Doe 29, Jane BH Doe 30 and Jane DC Doe 31*