IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00902-PAB

JANE RGC DOE 1, et al.,

    Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court *sua sponte* on review of the docket. This case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. Docket No. 17 at 3. On April 28, 2022, plaintiffs filed an Unopposed Motion to Extend Deadline to Dismiss or Re-open Case [Docket No. 32]. On May 2, 2022, the Court granted the motion and ordered that if "no party files a stipulation to dismiss the case or a motion to reopen the case on or before October 26, 2022, this case will be dismissed with prejudice without further notice to the parties and without further action by the Court." Docket No. 33. Neither party has filed a stipulation or a motion by the October 26, 2022 deadline. Accordingly, it is

    **ORDERED** that this case is **DISMISSED** with prejudice.

    DATED October 27, 2022.